# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

DEC 0 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Jennifer Diane Largent-Brown | Case No. 1:07-CR-00192 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Jennifer D. Largent-Brown__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

That the following conditions of release be added: You shall refrain from excessive use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. *Medical marijuana and Marinol, prescribed or not, may not be used.*

All previous conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_J Brown_          11/10/07             _[signature]_            11/20/2007
Signature of Defendant    Date        Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                                     11/26/2007
Signature of Assistant United States Attorney                      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Anthony P Capozzi_                                                11/27/07
Signature of Defense Counsel                                       Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on __12/3/07__.
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                                      12/3/07
Signature of Judicial Officer                                      Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services