ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com


Attorney for Defendant,
JENNIFER DIANE BROWN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-F-07-00192 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO MODIFY |
| vs. ) | CONDITIONS OF RELEASE |
| ) | |
| JENNIFER DIANE BROWN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED between the Defendant, JENNIFER DIANE BROWN, by and through her attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Kathleen A. Servatius and the United States Pretrial Office, by and through Pretrial Officer, Dan Stark, that the Defendants Conditions of Release be modified to reflect the following change:

/ / /

/ / /

The defendant shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

All previously ordered terms and conditions of release shall remain in full force and effect.

                                  Respectfully submitted,

Dated: March 5, 2008

                                  /s/ Anthony P. Capozzi
                                  Anthony P. Capozzi,
                                  Attorney for Defendant,
                                  JENNIFER DIANE BROWN

Dated: March 5, 2008

                                  /s/ Kathleen A. Servatius
                                  Kathleen A. Servatius,
                                  Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Conditions of Release for Defendant JENNIFER DIANE BROWN shall be modified to include the following:

The defendant shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

All previously ordered terms and conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

**Dated:     March 5, 2008**                             /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE