UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 0 9 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

-vs-

**Jennifer Diane Largent-Brown**

Docket No. 1:07CR00192-6 OWW

**COMES NOW** Dan Stark, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Jennifer Diane Largent-Brown, who was placed on bond by the Honorable Theresa A. Goldner, sitting in the Court at Bakersfield, California, on the 17th day of July 2007, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Conspiracy to Distribute and Possess with Intent to Distribute Marijuana

**BOND CONDITIONS:** Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was arrested by the Bakersfield Police Department on November 8, 2008, charged with driving under the influence and obstructing/resisting a police officer.

**PRAYING THAT THE COURT WILL ORDER** that the Court will order this matter placed on calendar on Friday, December 12, 2008, and that the Pretrial Services Officer contact the defendant or attorney of record to advise of said order.

**LAST KNOWN ADDRESS:** On file with Pretrial Services.

**TELEPHONE NUMBER:** On file with Pretrial Services.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 9, 2008.

Respectfully submitted,

_[signature]_
Pretrial Services Officer
DATE: December 9, 2008

## ORDER

_____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.

_____ The Court hereby orders this ex parte motion and order be sealed.

_____ The Court orders a summons be issued with an appearance date of _____.

__X__ The Court hereby orders this matter placed on this court's calendar on __12/12/2008 @ 1:30 PM__, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____ The Court orders no action be taken.

Considered and ordered this __9__ day of __Dec__, 2008, and ordered filed and made a part of the records in the above case.

_[signature]_
U.S. Magistrate Judge

1  ANTHONY P. CAPOZZI, CSBN 068525
   LAW OFFICES OF ANTHONY P. CAPOZZI
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA 93711
3  Telephone: (559) 221-0200
   Fax: (559) 221-7997
4  E-mail: capozzilaw@aol.com

5
   Attorney for Defendant,
6  JENNIFER DIANE BROWN

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 EASTERN DISTRICT OF CALIFORNIA, FRESNO
10
                                * * * * *
11

12  UNITED STATES OF AMERICA,        ) Case No.: CR-F-07-00192 AWI
                                     )
13           Plaintiff,              ) STIPULATION TO MODIFY
14      vs.                          ) CONDITIONS OF RELEASE
                                     )
15  JENNIFER DIANE BROWN,            )
                                     )
16                                   )
             Defendant.              )
17  _____)

18

19      IT IS HEREBY STIPULATED between the Defendant, JENNIFER DIANE BROWN, by

20  and through her attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant

21
    United States Attorney, Kathleen A. Servatius and the United States Pretrial Office, by and through
22
23  Pretrial Officer, Dan Stark, that the Defendants Conditions of Release be modified to reflect the

24  following change:

25  ///
26
27  ///

28

The defendant shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

All previously ordered terms and conditions of release shall remain in full force and effect.

Respectfully submitted,

Dated: March 5, 2008.

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
JENNIFER DIANE BROWN

Dated: March 5, 2008

/s/ Kathleen A. Servatius
Kathleen A. Servatius,
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED. Good cause having been shown, the Conditions of Release for Defendant JENNIFER DIANE BROWN shall be modified to include the following:

The defendant shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

2

All previously ordered terms and conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 5, 2008**                            /s/ **Anthony W. Ishii**
                                                    UNITED STATES DISTRICT JUDGE

3

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 0 3 2007
CLERK, U.S. ...
EASTERN DISTRICT OF ...
BY ___
DEPUTY CLERK

| | |
|---|---|
| United States of America )<br>vs. )<br>Jennifer Diane Largent-Brown )<br> ) | Case No. 1:07-CR-00192 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Jennifer D. Largent-Brown__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

That the following conditions of release be added: You shall refrain from excessive use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. *Medical marijuana and Marinol, prescribed or not, may not be used.*

All previous conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11/10/07        _____  11/20/2007
Signature of Defendant      Date              Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                                              11/26/2007
Signature of Assistant United States Attorney                          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

Anthony P Capozzi                                                      11/27/07
Signature of Defense Counsel                                           Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __12/3/07__.
☐ The above modification of conditions of release is *not* ordered.

_____                                              12/3/07
Signature of Judicial Officer                                          Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services

AO 199A   (Rev. 6/97) Order Setting Conditions of Release                                    Page 1 of __3__ Pages

# UNITED STATES DISTRICT COURT

__Eastern__   **District of**   __California__

United States of America

V.

Jennifer Diane Largent-Brown (6)

Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 5:07-mj-00027 TAG

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court and defense counsel in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) __United States District Court, 2500 Tulare Street,__
                                                                                             Place
__Fresno, California 93721__ on __7/30/2007 1:30 pm__
                                     Date and Time
before U.S. Magistrate Judge Beck
(6th Floor, Courtroom # 9).

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(  ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($ _____ ) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

# (Defendant is ordered to appear.)

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

AO 199B   Case 5:07-mj-00027-TAG   Document 18   Filed 07/17/2007   Page 2 of 3
(Rev. 5/99) Additional Conditions of Release

## Additional Conditions of Release

Case Number: 5:07-mj-00027 TAG

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
(Name of person or organization) _____
(Address) _____
(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian or Proxy        Date

(✓) (7) The defendant shall:
  (✓)(a) report to the **Pre Trial Services Agency**, and comply with their rules and regulations. You must contact Pre Trial Services at: telephone number **1-800-786-0268**, not later than **7/19/2007**.
  ( )(b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
  ( )(c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described
  ( )(d) execute a bail bond with solvent sureties in the amount of $ _____
  (✓)(e) maintain or actively seek employment. And provide proof thereof to the PSO, upon request.
  ( )(f) maintain or commence an education program.
  ( )(g) surrender any passport to: _____
  ( )(h) obtain no passport.
  (✓)(i) abide by the following restrictions on personal association, place of abode, or travel: Reside at a residence approved by the PSO, and not move or be absent from this residence for more than 24 hours without the prior approval of PSO; travel restricted to the Eastern District of California, unless otherwise approved in advance by the PSO.
  ( )(j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:
  ( )(k) undergo medical or psychiatric treatment and/or remain in an institution as follows:
  ( )(l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):
  ( )(m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
  ( )(n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
  (✓)(o) refrain from ( ) any (✓) excessive use of alcohol.
  (✓)(p) refrain from use or ~~unlawful~~ possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; *however, medical marijuana, prescribed or not, may not be used.* *drugs*
  (✓)(q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a ~~prohibited substance~~. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
  (✓)(r) ~~participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.~~ *Report any prescriptions to the Pre Trial Services Officer within 48 hours of receipt.*
  ( )(s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
  ( )(t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
    ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
    ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
    ( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
  ( )(u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
  (✓)(v) avoid all contact /association with all and/or any codefendant(s) and defendants in ~~any related case~~ *this case* unless in the presence of counsel or otherwise approved in advance by the PSO, including David Chavez, Sr., David Chavez, Jr., John Wyatt, John Shanks, Timothy Doolittle.
  ( )(w) Obey all terms and conditions of probation previously imposed during sentencing by the sentencing Judge. All such terms and conditions remain in full force and effect.
  (✓)(x) Remain in contact with defense counsel, Ms. E.D. Lerman.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

AO 199C   (Rev.12/03) Advice of Penalties . . .                               Page 3 of 3 Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:                                       CASE NUMBER: 5:07-mj-00027 TAG

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more five years, or both;
  (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

7/17/07
Date

661 331-6368
Telephone

### Directions to United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: _____7/17/2007_____

_____
Signature of Judge

Theresa A. Goldner, United States Magistrate Judge
Name and Title of Judge

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL