ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com


Attorney for Defendant,
JENNIFER DIANE BROWN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-07-00192 AWI |
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) SENTENCING |
| JENNIFER DIANE BROWN, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, JENNIFER DIANE BROWN, by and through her attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Kathleen A. Servatius that the Sentencing Hearing now scheduled for Monday, March 1, 2010 be continued to Monday, March 8, 2010 at 9:00 a.m.

This request is based upon the fact that the Probation Office was not notified of the Defendant, JENNIFER DIANE BROWN's plea in this matter.   The parties further agree that this matter may need to be continued again if objections are filed to the Presentence Investigation Report, which will be made availble to the parties on Wednesday, March 3, 2010.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: February 1, 2010

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
JENNIFER DIANE BROWN

Dated: February 1, 2010

/s/ Kathleen A. Servatius
Kathleen A. Servatius,
Assistant U.S. Attorney

2

# ORDER

IT IS SO ORDERED. Good cause having been shown, the Sentencing Hearing scheduled for Monday, March 1, 2010 is vacated and is now scheduled for Monday, March 8, 2010 at 9:00 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:** February 4, 2010  /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE